# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### DOCKET NO. 3:00-cr-210-002-1FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v** | ) | |
| | ) | |
| | ) | **ORDER** |
| **MARY ALICE AVERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 239) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED** because no reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence, as stated in Doc. # 224.

**IT IS SO ORDERED**.

Signed: February 2, 2010

Frank D. Whitney
United States District Judge